Pfeifer, J.,
dissenting.
{¶ 45} I would hold that the Public Utilities Commission (“PUCO”) had the authority to and did enter into a stipulation with Monongahela Power Company (“Mon Power”) to end early the market-development period for certain of Mon Power’s customer classes. The fact that PUCO does not like the deal it entered *582 into does not mean it was without authority to enter into it. Still, despite the result, it is refreshing to see PUCO admit that its power has limits.
Gary A. Jack; Porter, Wright, Morris & Arthur, L.L.P., Kathleen M. Trafford, Daniel R. Conway, and Jay A. Yurkiw, for appellant.
Jim M. Petro, Attorney General, Duane W. Luckey, Senior Deputy Attorney General, Thomas G. Lindgren and Thomas W. McNamee, Assistant Attorneys General, for appellee.
McNees, Wallace & Nurick, L.L.C., Samuel C. Randazzo, Lisa G. McAlister and Daniel J. Neilsen, for intervening appellee, Industrial Energy Users-Ohio.